FEE PAID

Marlene R. Finander, *Pro per / pro se*)
E-M: mrf-bef2@dslextreme.com )
(%) Office of Brian Finander )
11875 Pigeon Pass Rd )
Moreno Valley CA 92557-6039 )
(fx): (888) 340-1655 )
E-M: zei@dslextreme.com )

```
┌─────────────────────────────────┐
│           F I L E D             │
│  CLERK, U.S. DISTRICT COURT     │
│                                 │
│        06/10/2024               │
│                                 │
│  CENTRAL DISTRICT OF CALIFORNIA │
│  BY: _____ IGU _____ DEPUTY   │
└─────────────────────────────────┘
```

5:24-cv-01227-JVS-GJS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- EASTERN DIVISION**

Marlene R. Finander, Pro per, pro se   }
                                        ) [(*) original] **VERIFIED COMPLAINT**
**PLAINTIFF**                           )

          vs.                           )
Julio Jimenez and/or his substitute and/or )   [(*) to be **TIMELY** amended and re-verified]
 successor and/or replacement in his/her )
 individual and/or official capacity(ies), )
                                         )
DOES ##1-100, and/or substitute(s) and/or )   **JURY TRIAL REQUESTED**
 successor(s), or replacement(s) in his/her )
 /their individual) and/or official capacity(ies) )
                                         )
**DEFENDANT(s)**                         ) **JURISDICTION: FED. QUESTIONS/LAWS**

**PRE-AMENDED(*) VERIFIED COMPLAINT**

[1] Per FRCP 15(a)(1)(A), Plaintiff timely will amend and file and serve the full

substantive Verified complaint on defendants per FRCP 3-6.

[2] By my signature, below, *I VERIFY EVERYTHING* in this Complaint.

*Marlene R. Finander* June 10, 2024 at Moreno Valley CA_ .
**MARLENE R. FINANDER**

[(*)NOTE: a copy of this And all related docs in this filing will be served on defendant(s) at the
same time all amended complaint documents are served as well.]

.[\\003RRR-XX]