UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARLENE R. FINANDER, et al., | Case No. 5:24-cv-01227-JVS-SSC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| JULIO JIMINEZ, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without leave to amend and with prejudice.

DATED:  February 12, 2026

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE